IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,

IN AND FOR ORANGE COUNTY, FLORIDA

| | |
|---|---|
| JOSÉ R. ÁLVAREZ, | Case No.: 2013-CA-012379-O |
| Plaintiff, | Div.: 43 |
| vs. | |
| NINTENDO OF AMERICA, INC. | COMPLAINT |
| Defendant, | FILED IN OFFICE DEC 12 2013 |
| | Clerk, Cir. Ct., Orange Co., FL |
| | By _____ D.C. |

José R. Álvarez, plaintiff, brings forth the following defendant to the complaint, claims the causes of action and alleges the following:

1. This is a Complaint for Copyright Infringement and Unfair Competition on an ongoing series of infringement acts.

2. Before this date, the plaintiff, a United States citizen wrote a series of original screenplays and drawings (Work) by the title Creative Writing MFA Portfolio, Water Planet, Last Mansimo Warriors: Water Planet and Pressure Point.

3. While attending Full Sail University in Winter Park, Florida, defendants had access to the original drafts of the Work and created derivate versions.

4. Between July 2011 and June 2013, the plaintiff applied to the copyright office and received a certificate of registration with copyright numbers PAu003569992, PAu003581712, PAu003622624 and PAu003682656, subsequently.

5. Before and after the copyrights were issued, the defendants commenced a series of infringements by creating derivates version, publishing, promoting and selling their version in theatrical motion pictures, TV advertisements, theme parks, DVD's, Blu-Rays, Cable, Satellite and Toys, which were copied largely from the plaintiff's Work. A copy of each infringement is attached as Exhibit A through K.

6. Plaintiff has come to be aware that defendants infringed on plaintiff's copyrighted Work on or about October 2011 and which has continued in nature until this date.

Therefore, the plaintiff demands that:

(a) until this case is decided the defendants and defendant's agents be enjoined from disposing of any copies of the defendant's Work by sale or otherwise;

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,

IN AND FOR ORANGE COUNTY, FLORIDA

(b) the defendants accounts for and pay as damages to the plaintiff all profits and advantages gained from unfair trade practice and unfair competition in the selling the defendants derivates Work, and all profits and advantages gained from infringing the plaintiff copyright. (but no less than what is allowed by the copyright statute); and

(c) the plaintiff be awarded any other just relief.

Dated: December 12, 2013

/s/ José R. Álvarez /pro se
3219 Calumet Drive
Lockhart, FL 32810
Tel.: (407) 492-0707
Email: jraelaw@gmail.com