UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE R. ALVAREZ,

    Plaintiff,

v.                                      Case No. 6:13-cv-1940-Orl-37TBS

SONY COMPUTER ENTERTAINMENT
AMERICA LLC, SONY PICTURES
ENTERTAINMENT, INC., TOYS R US INC.,
TWENTIETH CENTURY FOX, UNIVERSAL
PICTURES, PARAMOUNT PICTURES
CORP., WALT DISNEY PICTURES, and
JERRY BRUCKHEIMER FILMS,

                      Defendants.
_____/

## ORDER

This case comes before the Court on Plaintiff Jose R. Alvarez' Motions for Default (Docs. 3-7). Plaintiff seeks the entry of a Clerk's default against Defendants Toys R Us, Inc., Paramount Pictures Corp., Walt Disney Pictures, Jerry Bruckheimer Films and Sony Computer Entertainment LLC based upon their failure to serve any papers on him or file any papers as required by law.

The Court has reviewed the record and finds no evidence that any of these Defendants has waived service of a summons or that Plaintiff has obtained good and proper service of original process on any of them. Accordingly, Defendant's motions (Docs. 3-7) are all DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on December 19, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel