UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE R. ALVAREZ,

    Plaintiff,

v.                                                             Case No. 6:13-cv-1940-Orl-37TBS

WALT DISNEY MOTION PICTURES, JERRY
BRUCKHEIMER FILMS, SONY COMPUTER
ENTERTAINMENT AMERICA, LLC, TOYS R
US INC., TWENTIETH CENTURY FOX,
UNIVERSAL PICTURES, PARAMOUNT
PICTURES CORP., NINTENDO OF
AMERICA, INC., MARS INCORPORATED,

    Defendants.
_____/

ORDER
======

This case comes before the Court without oral argument on Plaintiff Jose R. Alvarez' Motion to Strike (Doc. 68). The motion argues that motions to dismiss filed by Defendants Twentieth Century Fox Film Corp., and Nintendo of America, Inc., should be stricken pursuant to FED. R. CIV. P. 12(f), FLA. R. CIV. P. 1.110(b),[1] and FED. R. CIV. P. 8(b) because "[t]his is an action for factual claims asserted by the plaintiff under 17 U.S. Code § 101 and § 102." (Id.).

The conduct of Plaintiff and all counsel is governed by the Local Rules for the Middle District of Florida. Middle District of Florida Rule 3.01(a) requires that a motion "include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request ..." The averments in Plaintiff's motion are not sufficient to satisfy the Rule.

---

[1] Florida state court rules of civil procedure do not apply in this case.

Middle District of Florida Rule 3.01(g) requires that before filing most motions in a civil case, including motions to strike, "the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised in the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." Plaintiff has not complied with Rule 3.01(g).

Accordingly, Plaintiff's motion is DENIED.

DONE AND ORDERED in Orlando, Florida, on April 22, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
 Plaintiff, pro se
 All Counsel